**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

CLAUDIA SANTANA
UTTERBACK,

      Plaintiff,

v.                                                  Case No. 5:25-cv-600-RBD-PRL

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

_____

## <u>ORDER</u>

On referral in this Social Security appeal, U.S. Magistrate Judge Philip R. Lammens entered a Report and Recommendation stating that the Court should reverse and remand the Commissioner's denial of benefits, on the Commissioner's unopposed motion to remand. (Doc. 19 ("R&R").) The time has passed and the parties did not object, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     The R&R (Doc. 19) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2.     The Commissioner's motion to remand (Doc. 18) is **GRANTED**.

3.   The Commissioner's decision is **REVERSED AND REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge should further evaluate the severity of Plaintiff's impairments; further evaluate Plaintiff's fibromyalgia symptoms as directed by SSR 12-2p; take any necessary action to complete the administrative record; offer Plaintiff the opportunity for a hearing; and issue a new decision.

4.   The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff and against Defendant and then to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 16, 2026.



ROY B. DALTON, JR.
United States District Judge

2